# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

CLEVELAND J. ENMON,                    *
                                       *
      Movant,                  *        CIVIL ACTION NO.: 2:18-cv-7
                                       *
    v.                               *
                                       *
UNITED STATES OF AMERICA,              *        (Case No.: 2:13-cr-4)
                                       *
      Respondent.              *

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 13. Movant Cleveland Enmon ("Enmon") filed Objections to this Report and Recommendation. Dkt. No. 14.

Enmon's Objections are not responsive to the Report and Recommendation and offer no basis for rejecting the Magistrate Judge's conclusions. Instead, Enmon simply expounds on an enumeration of error he set forth in his 28 U.S.C. § 2255 Motion regarding an alleged fraud on the Court. Id.

Accordingly, the Court **OVERRULES** Enmon's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent's Motion to

Dismiss, **DENIES** Enmon's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence, and **DENIES as moot** Enmon's Motion for Discovery.[1]  The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal and **DENIES** Enmon *in forma pauperis* status on appeal and a Certificate of Appealability.

> **SO ORDERED**, this ___25___ day of ___June___, 2020.

> HON. LISA GODBEY WOOD, JUDGE
> UNITED STATES DISTRICT COURT
> SOUTHERN DISTRICT OF GEORGIA

---

[1]  In his Objections, Enmon's references case number 3:18-mc-314 with his motion for discovery.  Dkt. No. 14, p. 3.  This does not appear to be a case filed in this District.