AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 4:42 pm, Jun 26, 2020

CLEVELAND J. ENMON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV218-7
CR213-4

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 25th day of June 2020, adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court, Judgment is hereby entered denying Enmon's Motion to Vacate, Set Aside, or Correct his Sentence; granting Respondent's Motion to Dismiss; and denying Enmon in forma pauperis on appeal and a Certificate of Appealability. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

June 26, 2020
Date

John E. Triplett, Acting Clerk
Clerk

Candy Asbell
(By) Deputy Clerk



GAS Rev 10/1/03